UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV00538 ERW |
| ) | |
| $416,810 in U.S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This Matter is before the Court on Plaintiff's Motion to Strike Answer to Complaint [doc. #11], Plaintiff's Motion to Strike Answer to Complaint [doc. #14], and Richard H. Sindel's Motion to Withdraw as Attorney [doc. #15]. The Court held a hearing on these motions on October 6, 2009.

There was no opposition to any of the pending motions, and the Court therefore concludes that they will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike Answer to Complaint [doc. #11], Plaintiff's Motion to Strike Answer to Complaint [doc. #14], and Richard H. Sindel's Motion to Withdraw as Attorney [doc. #15] are **GRANTED**.

Dated this 6th Day of October, 2009.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE